## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RA P. SHIPPS,

      Plaintiff,

v.                                                       Case No:  6:14-cv-918-Orl-40TBS

STATE OF FLORIDA, '35;62
PROSECUTOR'S OFFICE, DIVISION
'35;62 PROSECUTORS, ORLANDO
POLICE DEPARTMENT, CARRIBBEAN
AMERICAN HERITAGE MONTH
FESTIVAL and PRIVATE EMPLOYERS
OF ORLANDO POLICE DEPARTMENT
OFF-DUTY OFFICERS,

      Defendants.

### ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) filed on June 13, 2014, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 5) filed on June 17, 2014 and supplemented on July 15, 2014 (Doc. 18), and Plaintiff's Motion for Expedited Discovery (Doc. 10) filed June 26, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motions be denied. (Doc. 19). After an independent *de novo* review of the record in this matter, including the objections filed by Plaintiff (Doc. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation filed July 16, 2014 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is hereby **DENIED**.

3. The Motion for Leave to Proceed *in forma pauperis* (Doc. 5), supplemented on July 15, 2014 (Doc. 18) is hereby **DENIED**.

4. Plaintiff shall have **fourteen (14) days** from the date of this Order to file a Fourth Amended Complaint and *in forma pauperis* motion.

5. Plaintiff has not declared an adequate basis for this Court's subject matter jurisdiction. Therefore Plaintiff's Motion for Expedited Discovery (Doc. 10) filed June 26, 2014 is hereby **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party