## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RA P. SHIPPS and SS FAMILY TRUST,

       Plaintiffs,

v.                                                Case No:   6:14-cv-918-Orl-40TBS

STATE OF FLORIDA, '35;62
PROSECUTOR'S OFFICE, DIVISION
'35;62 PROSECUTORS, ORLANDO
POLICE DEPARTMENT, CARRIBBEAN
AMERICAN HERITAGE MONTH
FESTIVAL and PRIVATE EMPLOYERS
OF ORLANDO POLICE DEPARTMENT
OFF-DUTY OFFICERS,

       Defendants.

## ORDER

This cause is before the Court on Motion for Leave to Proceed In Forma Pauperis (Doc. 32) filed on August 22, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, including the objections filed by the SS Family Trust which were incomprehensible and failed to address the legal issues and factual findings of the Magistrate Judge's Report and Recommendation.   The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed September 10, 2014 (Doc. 33), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. The Motion for Leave to Proceed In Forma Pauperis (Doc. 32) is hereby **DENIED**.

  3. This case is **DISMISSED with prejudice**.

  4. Any pending motions are **DENIED** as moot.

  5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on October 14, 2014.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties